CAUSE NUMBER: 4:24-CV-04041

**COLBY LORD**
**PLAINTIFF**

**VS.**

**VEVOR CORPORATION, VEVOR STORE INC., VEVOR TECHNOLOGY LTD., SANVEN CORPORATION, SANVEN TECHNOLOGY LTD., SHANGHAI SISHUN E-COMMERCE CO., LTD., SHANDONG ROPE TECHNOLOGY CO., LTD., A&E DONGMEI THREAD MFG. CO. LTD. AND AMERICAN & EFIRD**
**DEFENDANTS**

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

### AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, _____Marcus Lawing_____ (SERVER), personally appeared and stated under oath as follows:

My name is _____Marcus Lawing_____ (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. I am authorized to deliver Texas documents Under Rule 108, T.R.C.P. The facts stated herein are true and correct. My business address is:

4711 Hope Valley Road, Suite 4F-604, Durham, NC, 27707

**(SERVER'S ADDRESS)**

ON **Wednesday June 25, 2025 AT 12:41 PM-**, SUMMONS IN A CIVIL ACTION AND PLAINTIFF'S THIRD AMENDED COMPLAINT came to hand for service upon **AMERICAN & EFIRD GLOBAL, LLC BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM** at **160 MINE LAKE CT., SUITE 200, RALEIGH, NC 27615 U.S.A.**

On **Wednesday July 02, 2025 at 02:22 PM** - The above named documents were hand delivered to: **AMERICAN & EFIRD GLOBAL, LLC BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM @ 160 MINE LAKE CT., SUITE 200, RALEIGH, NC 27615, in person, by delivering to Marvin Ayala, Intake Specialist**.

**FURTHER AFFIANT SAYETH NOT.**

_____
SERVER'S SIGNATURE
AUTHORIZED UNDER RULE 108, T.R.C.P.

Marcus Lawing
SERVER'S PRINTED NAME

**SWORN TO AND SUBSCRIBED** before me by _____MARCUS LAWING_____ (SERVER) appeared on this __10__ day of __JULY__, 2025 to attest witness my hand and seal of office.

MATTHEW BURKERT
NOTARY PUBLIC
DURHAM COUNTY
North Carolina
My Commission Expires    April 25, 2026

_____
NOTARY PUBLIC IN AND FOR THE STATE OF __NC__
2025.06.1039107